UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
NOV 10 2010

IN RE:

**APPLICATION FOR UNCLAIMED FUNDS IN
CASES LISTED IN APPENDIX "A"**

### ORDER WITH REGARD TO APPLICATIONS
### FOR DISBURSEMENT OF UNCLAIMED FUNDS

Citicorp North America, Inc. ("Applicant") has filed an application in each of the cases listed on the attached Appendix "A" in which it requests the disbursement to it of unclaimed funds that were paid into the Registry of the Court pursuant to 11 U.S.C. § 347(a) on account of proofs of claim filed by CitiMortgage, Inc., Citifinancial Retail Services, and CitiFinancial, as the Appendix indicates.

The Applications are *denied*, without prejudice, because they do not adequately show that Applicant is entitled to funds payable to another entity in accordance with the law and, therefore, the standards that this Court requires. See *In re Applications for Unclaimed Funds*, 341 B.R. 65 (Bankr. N.D. Ga. 2005). Moreover, in the cases in which the unclaimed funds are payable with regard to a secured claim, the Applications do not show a present entitlement to the funds. See *In re Scot*, 346 B.R. 557 (Bankr. N.D. Ga. 2006).

The Clerk is directed to enter this Order in each of the cases listed on Appendix "A" attached hereto.

IT IS SO ORDERED, this the 5th day of November, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

## Appendix A

| Case No. | Case Name | Name of Claimant Filing Claim |
|---|---|---|
| 04-70209 | Roderick Marlin Kornegay and Shantell Patrise Kornegay | Citifinancial |
| 04-77304 | Corletta Hamilton Powell | CitiFinancial |
| 05-62265 | David Anthony Winbush | Citimortgage, Inc. |
| 05-75732 | Sherron Renee Foster | Citifinancial |
| 04-69501 | Benjamin Brenton Bobo and Stacy Marie Bobo | CitiFinancial |
| 05-75300 | Lauren Nicole Holloman | CitiFinancial |
| 07-64950 | Gerald Bernard Colson | Citifinancial Retail Services |
| 04-77270 | Wallace Ardell Agnew and Monique Yevette Agnew | Citifinancial |
|  |  |  |

## DISTRIBUTION LIST

Kathleen S. Allen
3800 Citigroup Center Dr.
Location G3-4
Tampa, FL 33610

Roderick Marlin Kornegay
170 Den Ric Drive
McDonough, GA 30253

E. L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expwy.
Atlanta, GA 30341

Corletta Hamilton Powell
5017 Towne Lake Hills North
Woodstock, GA 30189

Adam M. Goodman
Suite 200
260 Peachtree Street
Atlanta, GA 30303

David Anthony Winbush
P.O. Box 682812
Marietta, GA 30068

Sherron Renee Foster
2826 Overlake Run
Powder Springs, GA 30127

Lisa W. Morris
McPherson & Morris
582 Thompson Road
Sparta, GA 31087

Benjamin Brenton Bobo
1454 Wrights Mill Road
Canton, GA 30115

Ira D. Gingold
Gingold & Gingold LLC
Ste 1038
1720 Peachtree Street NW
Atlanta, GA 30309

Lauren Nicole Holloman
1489 Mine Run
Hampton, GA 30228

Marsha Diane King
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303-3748

Gerald Bernard Colson
195 Buffington Drive
Union City, GA 30291-5010

Alex J. Dolhancyk
The Dolhancyk Law Firm, PC
Suite B
522 Flint Trail
Jonesboro, GA 30236

Wallace Ardell Agnew
5535 Sapphire Circle
Ellenwood, GA 30294

Darrell L. Burrow
Darrell L. Burrow, P.C.
4812-A Old National Hwy
College Park, GA 30337